# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-207
Lower Tribunal No. 13-3504 SP

_____

## United Automobile Insurance Company,
Appellant,

vs.

## Millennium Radiology, LLC, a/a/o Gregorio Hernandez-Rodriguez,
Appellee.

An Appeal from the County Court for Miami-Dade County, Chiaka Ihekwaba, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Marks & Fleischer, P.A, and Gary Marks (Ft. Lauderdale), for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

We reverse and remand consistent with our recent decision in United Automobile Insurance Company v. Millennium Radiology, LLC, 47 Fla. L.

Weekly D175, D177 (Fla. 3d DCA Jan. 12, 2022) ("Millennium's 'identity' is not the same in each of these cases against United Auto; Millennium draws its identity from its assignor from case to case. The identity element of collateral estoppel, therefore, is not satisfied.").